UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2015 ★
BROOKLYN OFFICE

-----------------------------------------------------------x

JORGE RAMOS VALDEZ,

                Plaintiff,

-against-

JULIO HUGO, et al,

                Defendants.

-----------------------------------------------------------x

**ORDER**

14-cv-4701 (SLT) (MDG)

**TOWNES, United States District Judge,**

By order entered January 20, 2015, this Court granted Plaintiff's motion for entry of a default judgment against Defendants. On May 11, 2015, the plaintiff submitted written proof of damages. The matter is respectfully referred to Magistrate Judge Go.

**SO ORDERED**

                                          /s/ Sandra L. Townes
                                          SANDRA L. TOWNES
                                          United States District Judge

Dated: Brooklyn, New York
        June _8_, 2015